UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>M. HARROD, et al.,<br><br>Defendants. | No. 2:23-cv-1221 DB P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. (ECF Nos. 1, 2.) Plaintiff has not submitted his in forma pauperis request on a proper form. Specifically, plaintiff's application does not contain an authorization and certification page, and plaintiff submitted an uncertified trust account statement.

Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the form includes a section that must be completed by a prison official, and the application form must be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of this action. He is further cautioned that the form also includes an authorization section that plaintiff must sign and date.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's June 22, 2023, request for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma Pauperis By a Prisoner for use in a civil rights action; and

3. Plaintiff shall submit, within thirty days from the date of this order, a properly completed application to proceed in forma pauperis on the form provided with this order; plaintiff is cautioned that failure to comply with this order or seek an extension of time to do so will result in a recommendation that this action be dismissed without prejudice.

Dated: June 29, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DB:15
DB/DB Prisoner Inbox/Civil Rights/R/lewi1221.3d.db