UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN DION LEWIS,

Plaintiff,

v.

M. HARROD, et al.,

Defendants.

No.  2:23-cv-01221 WBS SCR P

ORDER

Defendants have filed a request for a 45-day Extension of Time to File a Responsive Pleading.  ECF No. 35.  Upon due consideration, good cause appearing, Defendants' request is **GRANTED**.  Defendants must now file their responsive pleading by April 16, 2026.

**IT IS SO ORDERED.**

DATED:  Marach 3, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1