IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRIAN DION LEWIS,** | Case No. 2:23-cv-01221 SCR |
| Plaintiff, | ~~[PROPOSED]~~ **ORDER** |
| v. | |
| **HARROD, et al.,** | |
| Defendants. | |

Defendants J. Speers and W. Jones requested a stay of their responsive pleading deadline until the Court issues a final decision on Defendant M. Harrod's currently pending Motion to Dismiss. ECF No. 38. Upon consideration, good cause appearing, the request is **GRANTED**. Defendants J. Speers and W. Jones' responsive pleading deadline is stayed until the Court issues a final decision on Defendant M. Harrod's Motion to Dismiss. Defendants Speers and Jones' responsive pleading will be due 14 days thereafter.

**IT IS SO ORDERED.**

DATED: April 21, 2026

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1