# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN DION LEWIS,<br>Plaintiff,<br>v.<br>M. HARROD, et al.,<br>Defendants. | Case No. 2:23-cv-01221-WBS-SCR (PC)<br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE BRIAN DION LEWIS, CDCR #H-99807<br>(ECF No. 41) |

A settlement conference in this matter was held on November 16, 2026. Inmate Brian Dion Lewis, CDCR #H-99807 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE